# Court of Appeals
# of the State of Georgia

ATLANTA,  July 06, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1579. RONALD HIGHT v. THE STATE.**

In December 2008, Ronald Hight was convicted of two counts of burglary and other crimes, and was sentenced as a recidivist. Over a decade later, in May 2023, Hight filed an extraordinary motion for a new trial. The trial court denied that motion, and Hight filed this direct appeal. We, however, lack jurisdiction.

An appeal from an order denying an extraordinary motion for new trial must be made by filing an application for discretionary review. OCGA § 5-6-35 (a) (7); *Kilgore v. State*, 325 Ga. App. 874, 874 (1) (756 SE2d 9) (2014). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Georgia*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). Hight's failure to follow the discretionary appeals procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED. See *Balkcom v. State*, 227 Ga. App. 327, 332 (489 SE2d 129) (1997).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/06/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen                              *, Clerk.*